# AFFIDAVIT OF PROCESS SERVER

U.S. District Court Eastern District Of Louisiana                              State of Louisiana

**Your Preferred Printer, LLC**                                  Attorney:

    Plaintiff

vs.                                                                                      Carver, Darden, Koretzky, Tessler, Blossman,
                                                                                        Finn & Areaux, LLC
                                                                                        1100 Poydras St., Suite 3100
**United Wholesale, LLC and Don Druse,**                         New Orleans, LA. 70163

    Defendant

**Case Number:** 2:11-cv-02954 R 1

Legal documents received by Carver, Darden, Koretzky, Tessler, Blossman, Finn & Areaux, LLC on January 05th, 2012 at 3:00 PM to be served upon **United Wholesale, LLC c/o Bryan Butcher, Esq. at 600 N. Fairbanks Ct., Unit 1509, Chicago, IL. 60611**

I, John Valle, swear and affirm that on **January 09th, 2012 at 2:10 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in A Civil Action, Civil Cover Sheet, Complaint, Exhibit's A,B,C,D,E,F,** to **Jessica Edgerton** as **Co-Occupant - Partner** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5' 5"   Weight: 120   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_____
**John Valle**
Process Server, # 115-002281

Carver, Darden, Koretzky, Tessler, Blossman, Finn &
Areaux, LLC
1100 Poydras St., Suite 3100
New Orleans, LA 70163

(504) 585-3836

Internal Job ID: 2012000029

Reference Number: 17044

The foregoing instrument was acknowledged before me on this _____ day of _____,
2012, by _____, who is personally known to me or who has produced
_____ as identification.

_Leslie Valle_
Notary Printed Name           Notary Signature

04/30/2013
Commission Expiration Date

OFFICIAL SEAL
LESLIE VALLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/30/13

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved