UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Your Preferred Printer, LLC<br>*Plaintiff*<br>v.<br><br>United Wholesale, LLC, and<br>Don Druse<br>*Defendants* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.: 11-2954<br><br>Section: "R"<br><br>Judge: Sarah S. Vance<br><br>Division: "1"<br><br>Magistrate: Sally Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO UNITED WHOLESALE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Your Preferred Printer, LLC (hereafter YPP), who respectfully moves the court for entry of default against Defendant United Wholesale, LLC (hereafter UW), pursuant to Fed. R. Civ. P. 55(a). In support thereof, Plaintiff respectfully represents as follows:

1. On November 30, 2011, Plaintiff filed its complaint in this lawsuit, naming as defendants Defendant UW and Defendant Don Druse (hereafter Druse). *See* Rec. Doc. 1.

2. Mr. Bryan T. Butcher is listed as the Registered Agent of Defendant UW on the Illinois Secretary of State's website, which lists his address as 200 N. Michigan Avenue, Suite 500, Chicago, Illinois 60601. *See* Exhibit B. This address was also used by Mr. Butcher in a letter to Plaintiff YPP dated November 21, 2011. *See* Exhibit C.

1

3. On December 1, 2011, Plaintiff mailed, via Federal Express, to Mr. Butcher, as Registered Agent of Defendant UW, at 200 N. Michigan Avenue, Suite 500, a request that Defendant UW waive service of process in accordance with Fed. R. Civ. P. 4(d). Federal Express could not deliver this package, indicating that Mr. Butcher had moved. *See* Exhibit D.

4. Plaintiff diligently pursued a speedy and efficient resolution of this matter by requesting waiver of service from UW by mailing on December 7, 2011 a request for waiver of service to Mr. Butcher at two alternate addresses it located: (1) 303 W. Madison Street, Suite 2200, Chicago, Illinois 60606, and (2) 600 N. Fairbanks Court, Apartment 1509, Chicago, Illinois 60611. *See* Exhibits E and F. Plaintiff did not receive a response to its request for waiver of service sent to either alternate address.

5. In view of Defendant UW's failure to respond to the request for waiver of service, on January 5, 2012, Plaintiff requested, and the Clerk of Court issued, a summons for Defendant UW. *See* Rec. Doc. 6.

6. The summons for Defendant UW was served on January 9, 2012 and proof thereof was filed with the Court on January 19, 2012. *See* Rec. Doc. 8. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant UW's answer or other responsive pleading was due on January 30, 2012.

7. As of the present date, no answer or other responsive pleading has been filed by Defendant UW.

8. Fed. R. Civ. P 55(a) authorizes the entry of default against a party for failure to plead or otherwise defend.

**WHEREFORE,** in view of the foregoing, Plaintiff respectfully moves for issuance of the attached order granting entry of default against Defendant UW pursuant to Fed. R. Civ. P 55(a).

Respectfully submitted,

/s/ J. Matthew Miller III
RAYMOND G. AREAUX (#16792) T.A.
THEODORE S. OWERS III (#27028)
J. MATTHEW MILLER III (#32594)
*Carver, Darden, Koretzky, Tessier,*
 *Finn, Blossman & Areaux, LLC*
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3803
Facsimile: (504) 585-3801
E-mail: Areaux@carverdarden.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all defendants on this 31st day of January, 2012 by first-class mail, postage pre-paid and properly addressed.

/s/ J. Matthew Miller III

*4811-9511-3998, v. 2*