UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Your Preferred Printer, LLC<br>*Plaintiff*<br>v.<br>United Wholesale, LLC, and<br>Don Druse<br>*Defendants* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.: 11-2954<br><br>Section: "R"<br><br>Judge: Sarah S. Vance<br><br>Division: "1"<br><br>Magistrate: Sally Shushan |

*******************************************************************

**ORDER**

Considering the foregoing motion of Plaintiff, Your Preferred Printer, LLC, seeking entry of default against United Wholesale, LLC pursuant to Fed. R. Civ. P. 55(a):

IT IS HEREBY ORDERED that the clerk of court is directed to enter default against United Wholesale, LLC pursuant to Fed. R. Civ. P. 55(a).

New Orleans, Louisiana this ___1st___ day of ___February___, 2012.

LORETTA G. WHYTE, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

By: _____
Deputy Clerk

Clerk to Notify:
United Wholesale LLC
c/o Bryan Butcher, Esq.
600 N. Fairbanks Ct.
Unit 1509
Chicago, IL 60611