UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                                          APRIL 9, 2012

**The following cases were set for the April 11th Call Docket. Considering the action taken, as indicated below, does not require counsel to appear, the call docket will not held.**

11-2773   James Johnson vs. PPI Technology Services, LP, et al.
          As to defendant PSL, Ltd. and Global Santa Fe.
          **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS, OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

11-2936   Kathryn Rae Towing, Inc. vs. Scott Buras
          As to defendant Scott Buras
          **DOCKET SATISFIED.**

11-2954   Your Preferred Printer, LLC vs. United Wholesale, LLC, et al.
          As to defendant Don Druse.
          **DOCKET SATISFIED.**

11-3084   Kristen B. Sorrell, et al. vs. Lakeview Medical Center, et al.
          As to defendants James W. Burdette and Louisiana Patients' C0mpensation Fund.
          **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS, OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

11-3118   Asbestos Abatement Contractors, Inc. vs. Home Guard Environmental, et al.
          As to defendants Home Guard Environmental Restoration Services, Inc. and Asurety Partners, LLP.
          **DOCKET SATISFIED.**

11-3136   Scarlett M. Gaddy vs. Demille Topps, et al.
          As to defendants Demille Topps and Sheriff Robert Crowe.
          **DOCKET SATISFIED.**

12-6  Serge Peter Marinkovic vs. South Louisiana Medical Associates, e t al.
As to defendant LSU Medical Center.
**DOCKET SATISFIED**.

12-7  Bridget Bertrand, et al. vs. Linde Material Handling North America Corp, et al.
As to defendant, Linde Heavy Trucks Division, Ltd.
**ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS, OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: _____
Jay Susslin
Case Manager
(504) 589-7689

Please direct any inquires regarding this notice to Jay Susslin at the telephone number listed above.